**DENY and Opinion Filed February 13, 2020**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

**No. 05-20-00177-CV**

**IN RE JULES DYLAN STUER, Relator**

**Original Proceeding from the 255th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-17-05507**

## MEMORANDUM OPINION
Before Justices Bridges, Osborne, and Reichek
Opinion by Justice Reichek

Before the Court is relator's February 10, 2020 petition for writ of mandamus. Entitlement to mandamus relief requires relators to show both that the trial court has clearly abused its discretion and that relator has no adequate appellate remedy. *In re Prudential Ins. Co.*, 148 S.W.3d 124, 135–36 (Tex. 2004) (orig. proceeding). After reviewing the petition, and noting relator has failed to provide us with any mandamus record, we conclude relator has not shown he is entitled to the relief requested.

1

Accordingly, we **DENY** relator's petition for writ of mandamus. *See* TEX. R. APP. P. 52.8(a) (the court must deny the petition if the court determines relator is not entitled to the relief sought).

/Amanda L. Reichek/
AMANDA L. REICHEK
JUSTICE

200177F.P05